UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**MIRABILIS VENTURES, INC.**    **Bankruptcy Case No. 6:08-bk-4327-KSJ**
**Adversary Case No. 6:08-ap-222-KSJ**

     Debtor.
_____/

**MIRABILIS VENTURES, INC.**

    **Plaintiff,**

v.    **Case No. 6:09-cv-175-Orl-31DAB**

**RICHARD E. BERMAN; BERMAN, KEAN
& RIGUERA, P.A.; JOSE RIGUERA; and
ELENA WILDERMUTH**

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Debtor/Plainitff, MIRABILIS VENTURES, INC., by and through its undersigned counsel, hereby files its Unopposed Motion for Extension of Time to Respond to Motion to Dismiss and states as follows:

1.    On November 9, 2009, Defendants Richard E. Berman, Berman Kean & Riguera, P.A., and Elena Wildermuth filed their motion to dismiss Plaintiff's Second Amended Complaint.

2.    The undersigned requests an extension to file a response to Defendants' motion to dismiss. The undersigned requests that its response be served on or before November 25, 2009.

3.    Plaintiff has contacted counsel for Defendants regarding this motion and has graciously authorized the undersigned to represent that the Defendants have no objection to this Motion.

## **CONCLUSION**

4.    Based upon the foregoing, we respectfully request an extension of time for serving a response in opposition to Defendants' Motion to Dismiss on or before November 25, 2009.

BROAD AND CASSEL
Counsel for Mirabilis
Ventures, Inc.
390 North Orange Avenue
Suite 1400
Orlando, Florida 32801
P.O. Box 4961
Orlando, Florida 32802
Phone:  (407) 839-4200
Fax: (407) 650-0927

*/s/ Todd K. Norman*

Todd K. Norman
Florida Bar No. 62154
tnorman@broadandcassel.com


AND


Co-counsel for Mirabilis Ventures,
Inc.
Robert C. Widman, P.A.
Morris & Widman, P.A.
245 Tamiami Trail  North St. East
Venice, FL 34285-1916
Florida Bar No.: 170014
widman48@mwk-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2009, a true and correct copy of the foregoing Motion for Extension of Time has been furnished by U.S. Mail or by the Court's electronic notification system, to D. David Keller, Esquire, Keller Landsberg PA, One Financial Plaza, Suite 1050, 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394 and Bradley M. Saxton, Esquire, Winderweedle, Haines, Ward & Woodman, P.A., Post Office Box 1391, Orlando, Florida 32802-1391.

/s/TODD K. NORMAN
TODD K. NORMAN