# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.,**
**Bankruptcy Case No. 6:08-Bk-4327-KSJ**
**Adversary Case No. 6:08-Ap-222-KSJ**

---

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-175-Orl-31DAB**

**RICHARD E. BERMAN, BERMAN, KEAN**
**& RIGUERA, P.A., JOSE RIGUERA,**
**ELENA WILDERMUTH,**

        **Defendants.**

---

## ORDER

If there are any motions in this case that were not resolved by the Bankruptcy Court, they must be re-filed in this Court (and docketed separately from the other documents that have been transferred from the Bankruptcy Court) on or before December 4, 2009.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 19, 2009.

                                                              GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party