UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.,
Bankruptcy Case No.: 6:08-Bk-4327-KSJ
Adversary Case No.: 6:08-Ap-222KSJ
_____/
MIRABILIS VENTURES, INC.

          Plaintiff,

v.                                  Case No.: 6:09-cv-175-Orl-31DAB

RICHARD E. BERMAN, BERMAN, KEAN &
RIGUERA, P.A., JOSE RIGUERA, ELENA
WILDERMUTH,

          Defendants.
_____/

**DEFENDANTS' UNOPPOSED REQUEST FOR JUDICIAL NOTICE
PURSUANT TO RULE 201 FED. R. EVID.**

Defendants, RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A. and ELENA WILDERMUTH, file this Unopposed Request for Judicial Notice and state as follows:

      1.      This is an action alleging claims for negligence, breach of fiduciary duty, negligent misrepresentation, professional negligence, and negligent supervision as well as for an accounting and for turnover.

      2.      In order to consider various matters to be raised by pleadings and motions expected to come before the court, Defendants seek to have the court take judicial notice of certain related proceedings, pursuant to Rule 201, Fed. R. Evid.

      3.      Defendants request that this court take judicial notice of related criminal proceedings involving Plaintiff, Mirabilis Ventures, Inc. in the case of *United States of America v. AEM, Inc., d/b/a Mirabilis HR, et al.*, Case No. 6:08-cr-00231-JA-KRS.

1

4. Defendants specifically request the court take judicial notice of the Indictment and the Superseding Indictment of Plaintiff, Mirabilis Ventures, Inc., in the case of *U.S. v. AEM, Inc.* attached as Exhibits A and B [*U.S. v. AEM, Inc.*, D.E. 1, 30].

5. Defendants further request that the court take judicial notice of related criminal proceedings involving the Plaintiff's principal, Frank L. Amodeo, in the case of *United States of America v. Frank L. Amodeo*, Case No. 6:08-cr-176-ORL-28-GJK, including:

  a. The Indictment [*U.S. v. Amodeo*, D.E. 1] attached as Exhibit C;

  b. The Amended Plea Agreement [D.E. 38] attached as Exhibit D;

  c. The Judgment of Conviction entered May 27, 2009 (sentence imposed May 26, 2009) [D.E. 126], attached as Exhibit E; and

  d. The Corrected Judgment of Conviction dated July 2, 2009 [D.E. 140], attached as Exhibit F.

5. Further, Defendants request that the court take judicial notice of the sentencing proceedings in the case of *United States of America v. Amodeo*, including Amodeo's Sentencing Memorandum filed May 4, 2009 [DE 94] and the sentencing transcripts filed July 21, 2009 [D.E. 144, 145, 146, 147, 148]. Copies of the Sentencing Memorandum (over 120 pages) and the sentencing transcripts (approximately 750 pages) are not being filed with this request due to their length. However, defendants expect that relevant excerpts may be submitted separately and relied on in support of and/or opposition to various motions Defendants expect to be filed in this action.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

6.  Pursuant to Local Rule 3.01(g), undersigned counsel has contacted Roy Kobert, Esquire and Robert Widman, Esquire, counsel for Plaintiff, and is authorized to represent that the Plaintiff does not object to this Request for Judicial Notice.

WHEREFORE, Defendants, RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A. and ELENA WILDERMUTH, respectfully request this Court enter an Order granting this Request for Judicial Notice and for such other and further relief as the Court deems just and proper.

WE HEREBY CERTIFY that a copy of the foregoing has been furnished via Electronic Transmission on November **30th**, 2009 to: **Roy S. Kobert, Esq.**, Broad and Cassel, Counsel for Plaintiff, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801, Telephone: (407) 839-4200; Facsimile: (407) 425-8377, Email: rkobert@broadandcassel.com; **Robert C. Widman, Esq.**, Morris & Widman, P.A., 245 Tamiami Trail North, Suite E, Venice, FL 34285; Telephone: (941) 484-0646; Facsimile: (941) 496-8870; and **Bradley M. Saxton, Esq.,** Winderweedle, Haines, Ward & Woodman, P.A., Co-counsel for Defendants, Post Office Box 1391, Orlando, FL 32802-1391, Telephone: (407) 423-4246; Facsimile: (407) 423-7014.

    By: */s/ D. David Keller*
    D. David Keller
    Fla. Bar No.: 288799
    KELLER LANDSBERG PA
    Trial Counsel for Defendants
    One Financial Plaza, Suite 1050
    100 Southeast Third Avenue
    Fort Lauderdale, Florida 33394
    Telephone: (954) 761-3550
    Facsimile: (954) 525-2134
    Email: david.keller@kellerlandsberg.com