102705

| | |
|---|---|
| From: | Richard E. Berman [reb@bermankean.com] |
| Sent: | Saturday, September 03, 2005 4:53 PM |
| To: | Tessah Ivey; Druckman, Matthew E. (x2110) |
| Subject: | RE: Extremely Confidential |

I think we should discuss

Richard E. Berman, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, FL 33309
Supreme Court Certified Mediator
(954) 735-0000   Fax: (954) 735-3636
REB@BermanKean.com

This e-mail message, including attachments, if any, is intended only for the person to whom, or entity to which, it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

-----Original Message-----
From: Tessah Ivey [mailto:tivey@nexiastrategy.com]
Sent: Tuesday, August 30, 2005 1:25 PM
o: Druckman, Matthew E. (x2110); Richard E. Berman
Subject: FW:Extremely Confidential
Importance: High

The below is for your information only.

Thank you.

Tessah Ivey

Tessah Ivey
Executive Assistant to Frank Amodeo
Nexia Strategy Corporation
20 North Orange Avenue
Suite 1400
Orlando, FL 32801
407-318-8000 Telephone
407-426-9191 FAX

This e-mail contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records. Thank you for your cooperation.

---Original Message-----
From: Jim Baiers [mailto:JBaiers@presidionsolutions.com]
Sent: Tuesday, August 30, 2005 11:08 AM
To: Craig Vanderburg; Tessah Ivey; reb@bermankean.com


PLAINTIFF'S EXHIBIT

Subject: RE: Burcham

Here is a transcription of a voicemail I received from Burcham today at 10:20 a.m. on my cell phone:

"Hey Jim that FBI agent called again. I asked if we were targets or if I was a target and he said "no we are not even subjects we were just witnesses". He wanted to get the background, he actually saw us as victims and said he would affirm that to you in however you need that done. He would like to meet possibly both of us on the 8th or 9th in Ft. Lauderdale. So give me a call if you want to do this or if you think you should or whatever. He seemed like a nice enough guy. It sounds like he just wants to get to the bottom of it, he's got a bunch of files doesn't't have everything but maybe we could shed some light or give him some things. Give me a call on my cell thanks, bye."

> -----Original Message-----
> From:    Craig Vanderburg
> Sent:    Tuesday, August 30, 2005 9:55 AM
> To: Jim Baiers; 'tivey@nexiastrategy.com'; 'reb@bermankean.com'
> Subject: RE: Burcham
>
> Jim,
>
> Based upon the agreements in place between Bucham, Presidion and Mirabilis it seems to me that a legal representative from Mirabilis would need to be present for this meeting.
>
>        -----Original Message-----
>        From:    Jim Baiers
>        Sent: Tuesday, August 30, 2005 9:53 AM
>        To:   Craig Vanderburg; 'tivey@nexiastrategy.com'; 'reb@bermankean.com'
>        Subject:    RE: Burcham
>
>    The agent did not give John any specifics on the letters or any names of people being investigated. According to John all the agent said was something to the effect of: "Kaufman and Leyton have pleaded guilty and we would like to talk to you about letters of credit"
>
>            -----Original Message-----
>            From:    Craig Vanderburg
>            Sent: Tuesday, August 30, 2005 9:49 AM
>            To:   Jim Baiers; 'tivey@nexiastrategy.com'; 'reb@bermankean.com'
>            Subject:    RE: Burcham
>
>            Jim,  which LOC's did John reference?
>
>                -----Original Message-----
>                From:    Jim Baiers
>                Sent: Tuesday, August 30, 2005 9:30 AM
>                To:   'tivey@nexiastrategy.com'; 'reb@bermankean.com'
>                Cc:   Craig Vanderburg
>                Subject:    Burcham
>
>                Frank, Richard and Craig:  Got a call late yesterday from Burcham who said he received a call from an FBI Agent named Joe Turto (John's not sure of the spelling) in the Ft. Lauderdale office who told him Kaufman and Leyton had pleaded guilty and the agent wanted to meet with John to discuss the Letters of Credit. John agreed to meet with him today, but after his conversation with me John decided to call the agent and postpone the meeting until we see if we can get some idea of the targets and subject of this investigation.

2

102705

> > I called Bill Leyton and he has never heard of this FBI agent but he would do some checking around. Leyton's best guess is that since Burcham was so involved with Huff and McCartha they want John to help with the cases against those guys.
> >
> > We all know how John loves to talk and I am concerned about letting him meet with the agent without some there who knows the facts as they relate to Presidion. On the other hand we don't want to interject Presidion into the investigation.
> >
> > Your thoughts.
> >
> > Presidion Solutions, Inc.
> > 755 W. Big Beaver Road
> > Suite 1700
> > Troy, MI 48084
> > 248-269-9600
> > 248-269-5500 fax
> > 413-208-2135 e-fax
> > JBaiers@presidion.com
> >
> > NOTICE: The information contained in this email is attorney-client privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication by error, please contact us immediately. Thank you.
> >