UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: MIRABILIS VENTURES, INC.,   Bankruptcy Case No. 6:08-bk-4327-KSJ
                                   Adv. Pro. No.  6:08-ap-222-KSJ
   Debtor
_____/

MIRABILIS VENTURES, INC.   Case No.: 6:09-cv-175-Orl-31DAB

   Plaintiff,

v.

RICHARD E. BERMAN, BERMAN, KEAN &
RIGUERA, P.A., ELENA WILDERMUTH,

   Defendants.
_____/

**DEFENDANTS, RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A., AND ELENA WILDERMUTH'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNT III OF THIRD AMENDED COMPLAINT**

Defendants, RICHARD E. BERMAN ("Berman"), BERMAN, KEAN & RIGUERA, P.A. ("BKR"), and ELENA WILDERMUTH ("Wildermuth") (collectively "Defendants") by and through their undersigned counsel, hereby file this Motion for Leave to File Reply in Support of their Motion to Dismiss Count III of Plaintiff's Third Amended Complaint and state:

1. This is an action for alleged legal malpractice, breach of fiduciary duty, negligent supervision, accounting, and conversion in connection with purported advice regarding illegal scheme by Mirabilis and its principal, Frank Amodeo ("Amodeo"), to steal over $180 million in federal payroll tax withholding trust funds [Third Amended Complaint, D.E. 51, at ¶¶ 24-28, 45, 49, 64, 66, 69, 71; Defendants' Unopposed Request for Judicial Notice, D.E. 44].

2. On April 5, 2010, Defendants filed a Motion to Dismiss Count III of Plaintiff's Third

Amended Complaint for negligent supervision [D.E. 58]. Plaintiff filed its Response in Opposition to Defendants' Motion to Dismiss on April 6, 2010 [D.E. 59].

3.  The Defendants request leave of Court to file a brief Reply in Support of their Motion to Dismiss Count III of the Third Amended Complaint. Defendants only seek to address the suggestion in Plaintiff's Response that Defendants improperly raised factual issues in the Motion, but which are the subject of their Unopposed Request for Judicial Notice [D.E. 44]. Defendants' proposed Reply will be limited to three (3) pages excluding Certificate of Service, and will be filed promptly within one business day of receipt of an Order Granting this Motion.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Robert C. Widman, attorney for Plaintiff, and is authorized to represent that the Plaintiff objects to this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Defendants' Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Count III of Plaintiff's Third Amended Complaint, and for such other relief as the Court deems proper.

WE HEREBY CERTIFY that a copy of the foregoing has been furnished via Electronic Transmission on April 8, 2010 to: **Roy S. Kobert, Esq.**, Broad and Cassel, Counsel for Plaintiff, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801, Telephone: (407) 839-4200; Facsimile: (407) 425-8377, Email: rkobert@broadandcassel.com; and **Robert C. Widman, Esq.**, Morris & Widman, P.A., 245 Tamiami Trail North, Suite E, Venice, FL 34285; Telephone: (941) 484-0646; Facsimile: (941) 496-8870.

KELLER LANDSBERG PA
Trial Counsel for Defendants
One Financial Plaza, Suite 1050

     100 Southeast Third Avenue
     Fort Lauderdale, FL 33394
     Telephone: (954) 761-3550
     Facsimile: (954) 525-2134
     Email: david.keller@kellerlandsberg.com

By: */s/ D. David Keller*
   D. David Keller
   Fla. Bar No.: 288799

and


     Bradley M. Saxton, Esq.
     Winderweedle, Haines, Ward & Woodman, P.A.
     Co-counsel for Defendants
     Post Office Box 1391
     Orlando, FL 32802-1391
     Telephone:  (407) 423-4246
     Facsimile: (407) 423-7014
     Email: bsaxton@whww.com
     Fla. Bar No.: 855995