UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-Bk-4327-KSJ
Adversary Case No. 6:08-Ap-222-KSJ

**MIRABILIS VENTURES, INC.,**

      **Plaintiff,**

-vs-               Case No. 6:09-cv-175-Orl-31DAB

**RICHARD E. BERMAN, BERMAN, KEAN
& RIGUERA, P.A., ELENA
WILDERMUTH,**

      **Defendants.**

## ORDER

This matter came before the Court without oral argument upon consideration of Plaintiff's "Notice of Taking Deposition" (the "Notice")(Doc. 69).  Upon review, it is

**ORDERED** and **ADJUDGED** that:

1. The Notice (Doc. 69) is hereby **STRICKEN**.  The Federal Rules of Civil Procedure specifically prohibit the filing of discovery materials such as the instant Notice.  *See* FED. R. CIV. P. 5(d)(1);

2. The Clerk of the Court is directed to delete the document at Doc. 69;

3. Inasmuch as this is the second instance that the Court has admonished Plaintiff's counsel, Todd Norman, Esq., regarding FED. R. CIV. P. 5(d)(1) and struck Plaintiff's improper

filings (Doc. 65), Plaintiff's counsel is directed to re-read the Federal Rules of Civil Procedure and the Local Rules; and

    4.  By no later than **Friday, August 27, 2010**, Plaintiff's counsel shall file a certificate with the Court indicating his compliance with Paragraph 3, *supra*.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 9, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**