UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC.,            Case No.: 6:09-cv-175-Orl-31DAB

    Plaintiff,

v.

RICHARD E. BERMAN, BERMAN, KEAN
& RIGUERA, P.A., ELENA WILDERMUTH,

    Defendants.

_____

## CERTIFICATE OF COMPLIANCE WITH ORDER

Pursuant to this Court's Order Directing Todd K. Norman, Esquire ("Plaintiff's Counsel") to Read and Comply with the Federal Rules of Civil Procedure and the Local Rules, Plaintiff's Counsel hereby certifies that he has read and will comply with Federal Rules of Civil Procedure, including Rule 5(d)(1) and the Local Rules. Plaintiff's Counsel further apologizes to the Court for any inconvenience imposed upon the Court because of Plaintiff's Counsel's failure to comply with said rules and advises the Court that any such noncompliance was inadvertent.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2010, I electronically filed the foregoing to the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

BROAD AND CASSEL
Counsel for Mirabilis Ventures, Inc.
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-425-8377


/s/Todd K. Norman
TODD K. NORMAN
Florida Bar No.: 62154
tnorman@broadandcassel.com