UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re: MIRABILIS VENTURES, INC., | Bankruptcy Case No. 6:08-bk-4327-KSJ |
| | Adv. Pro. No.  6:08-ap-222-KSJ |
| Debtor | |
| _____/ | |
| | |
| MIRABILIS VENTURES, INC. | Case No.: 6:09-cv-175-Orl-31DAB |
| Plaintiff, | |
| | **UNOPPOSED MOTION** |
| v. | |
| RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A., ELENA WILDERMUTH, | |
| Defendants. | |
| _____/ | |

**DEFENDANTS, RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A., AND ELENA WILDERMUTH'S RENEWED UNOPPOSED MOTION TO ENLARGE TIME TO SERVE RULE 26 EXPERT REPORTS**

Defendants, RICHARD E. BERMAN ("Berman"), BERMAN, KEAN & RIGUERA, P.A. ("BKR"), and ELENA WILDERMUTH ("Wildermuth") (collectively "Defendants"), by and through their undersigned counsel, hereby file this Renewed Unopposed Motion to Enlarge Time to Serve Rule 26 Expert Reports, and state as follows:

1. The current deadline for Defendants to serve their Rule 26 Expert Reports is November 12, 2010.

2 Defendants previously moved for an enlargement of time through December 15, 2010, which is unopposed, within which to complete their expert reports due to the schedule of Defendants' experts, and time commitments of counsel in this and other matters (including the

1

related case of Frank L. Amodeo v. Berman, Kean & Riguera, P.A. and Richard E. Berman, Orange Circuit Case No. 08-CA-31333 (32), set for trial January 3, 2011) [D.E. 74].

3. As Defendants had not received an Order on pending Motion, they have worked diligently to try to accommodate the original deadline.  However, Defendants' main expert's father died this morning (November 12, 2010) making today's deadline even more arduous to meet than at the time of filing the original motion on November 2, 2010.

4. Defendants therefore renew their request for an extension through December 15, 2010 in which to serve their expert reports.

### CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 3.01(g)

5. Pursuant to Local Rule 3.01(g), on October 21, 2010, counsel for Defendants conferred with Bernard Gentry, counsel for Plaintiff, regarding the original motion and is authorized to represent that Plaintiff has no objection to same.

WHEREFORE, Defendants respectfully request that this Court enter an order granting this Motion, extending the deadline for Defendants to file their Rule 26 Expert Reports to and including December 15, 2010.

WE HEREBY CERTIFY that a copy of the foregoing has been furnished via Electronic Transmission on **November 12, 2010** to: **Todd K. Norman, Esq., Bernard Gentry, Esq. and Roy S. Kobert, Esq.**, Broad and Cassel, Counsel for Plaintiff, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801, Telephone: (407) 839-4200; Facsimile: (407) 425-8377, Email: tnorman@broadandcassel.com, bgentry@broadandcassel.com, rkobert@broadandcassel.com.

Keller Landsberg PA

Broward Financial Centre, 500 E. Broward Boulevard, Suite 1400, Fort Lauderdale, FL  33394

KELLER LANDSBERG PA
Trial Counsel for Defendants
Broward Financial Centre, Suite 1400
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 761-3550
Facsimile: (954) 525-2134
Email: david.keller@kellerlandsberg.com

By: */s/ D. David Keller*
    D. David Keller
    Fla. Bar No.: 288799

and

Bradley M. Saxton, Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
Co-counsel for Defendants
Post Office Box 1391
Orlando, FL 32802-1391
Telephone: (407) 423-4246
Facsimile: (407) 423-7014
Email: bsaxton@whww.com
Fla. Bar No.: 855995