**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MIRABILIS VENTURES, INC.                     Bankruptcy Case No. 6:08-bk-04327-KSJ
                                             Adversary Proceeding No. 6:08-ap-222-KSJ

_____/

MIRABILIS VENTURES, INC.,

     Plaintiff,

v.                                           CASE NO. 6:09-cv-175-Orl-31DAB

RICHARD E. BERMAN, BERMAN, KEAN &
RIGUERA, P.A., ELENA WILDERMUTH,

     Defendants.

_____/

**JOINT MOTION TO INCREASE PAGE LIMITS FOR PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFENDANTS'**
**REPLY TO PLAINTIFF'S RESPONSE**

     Plaintiff, MIRABILIS VENTURES, INC. ("MVI"), and Defendants, RICHARD E.

BERMAN, BERMAN, KEAN & RIGUERA, P.A., and ELENA WILDERMUTH

("Defendants"), pursuant to the Case Management and Scheduling Order entered in this matter

on November 13, 2009 ("CMSO") hereby request that this Court allow Plaintiff to file a

Response to Defendants' Motion for Summary Judgment in excess of twenty (20) pages and

allow Defendants to file a Reply Memorandum to Plaintiff's response to Defendants' Motion for

Summary Judgment in excess of ten (10) pages, and in support thereof state:

     1.    On November 12, 2010, Defendants filed their Motion for Summary Judgment

and Memorandum of Law in Support ("Motion for Summary Judgment") (Doc. 80).

2.      On November 15, 2010, the Court entered a Milburn  Order (Doc. 81) allowing Plaintiff until December 17, 2010 to respond to the Motion for Summary Judgment.

3.      In the CMSO (Doc. 35), the Court limited the Response brief to the Motion for Summary Judgment to twenty (20) pages.  CMSO at 6.

4.      In the November 15, 2010 Order (Doc. 81), the Court limited any Reply Memorandum to  ten (10) pages.

5.      Due to the complex nature of the factual and legal issues raised in this matter, Plaintiff requests leave to file a  Response brief of thirty (30) pages, so as to include all of the facts as to which it believes there is a genuine issue requiring a trial and to include all necessary counter legal arguments.

6.      Defendants' motion seeks a dispositive resolution in a twenty-five (25) page motion.  Plaintiff believes that additional pages are necessary for the full and just presentation of its position.  For that reason, Plaintiff requests it be permitted to file a thirty (30) page response. Pursuant to Local Rule 3.01(g), counsel for the parties have consulted, and represent that Defendants do not object to Plaintiff's request for a thirty (30) page Response brief.  Further, Defendants request they be permitted to file a fifteen (15) page Reply Memorandum to address the issues raised in the Response.  Plaintiff does not object to Defendants' request for a fifteen (15) page Reply brief.

7.      Plaintiff's counsel and Defendants' counsel are familiar with this Court's insistence upon succinct arguments and do not intend to run afoul of that requirement.  Instead, counsel believe the additional pages requested are necessary to properly present the facts and arguments upon which this motion should be decided.

**WHEREFORE**, Plaintiff, Mirabilis Ventures, Inc., and Defendants, Richard E. Berman, Berman, Kean & Riguera, P.A., and Elena Wildermuth, respectfully request that the Court enter an Order allowing Plaintiff to file a response to Defendants' Motion for Summary Judgment up to thirty (30) pages, allowing Defendants to file a reply to said response to Defendants' Motion for Summary Judgment up to fifteen (15) pages, along with such other relief as the Court deems just and proper.

BROAD AND CASSEL
Counsel for Plaintiff
390 N. Orange Avenue, Suite 1400
Orlando, FL  32801
Phone:  407-839-4200
Fax:  407-425-8377

KELLER LANDSBERG, P.A.
Counsel for Defendants
500 East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida 33394
Phone: 954-761-3550
Fax: 954-525-2134

*/s/Todd K. Norman*
TODD K. NORMAN
Florida Bar No.:  62154
tnorman@broadandcassel.com

*/s/D. David Keller*
D. DAVID KELLER
Florida Bar No.: 288799
david.keller@kellerlandsberg.com