**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 6:08-bk-04327-KSJ |
| | Adversary Proceeding No. 6:08-ap-222-KSJ |
| MIRABILIS VENTURES, INC. | |
| _____/ | |
| | |
| MIRABILIS VENTURES, INC., | |
| | CASE NO. 6:09-cv-175-Orl-31DAB |
| Plaintiff, | |
| v. | |
| | |
| RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A., ELENA WILDERMUTH, | |
| | |
| Defendants. | |
| _____/ | |

## NOTICE OF FILING EXHIBITS

**PLEASE TAKE NOTICE** that Plaintiff Mirabilis Ventures, Inc. ("**Mirabilis**") files the attached exhibits in support of *Plaintiff's Response to Defendants' Motion for Summary Judgment*:

Exhibit 1:   Affidavit of R.W. Cuthill ("*Cuthill Affidavit*")

Exhibit 2:   Mirabilis Articles of Incorporation

Exhibit 3:   Mirabilis Ventures, Inc. and Subsidiaries Consolidated Financial Statements and Independent Auditors' Report for the Years Ended December 31, 2005 and 2004 ("*2005 Auditors' Report*")

Exhibit 4:   Shareholders' Agreement

Exhibit 5:   Minutes of the January 3, 2005 Meeting of Board of Directors of Mirabilis Ventures, Inc. ("*1/3/05 Board Meeting*")

Exhibit 6:   Minutes of the Annual Meeting of Board of Directors of Mirabilis Ventures, Inc., dated January 25, 2006 ("*1/25/06 Board Meeting*")

Exhibit 7:   Minutes of the March 23, 2006 Meeting of Board of Directors of Mirabilis Ventures, Inc. ("*03/23/06 Board Meeting*")

| | |
|---|---|
| Exhibit 8: | Minutes of the May 19, 2006 Meeting of Board of Directors of Mirabilis Ventures, Inc. ("*05/19/06 Board Meeting*") |
| Exhibit 9: | October 5, 2010 Deposition of Yaniv Amar ("*10/05/10 Amar Depo.*") |
| Exhibit 10: | October 14, 2010 Deposition of Yaniv Amar ("*10/14/10 Amar Depo.*") |
| Exhibit 11: | December 10, 2010 Deposition of Daniel Myers (*"Myers Depo"*) |
| Exhibit 12: | September 27, 2010 Deposition of Martin C. Flynn Jr. ("*Flynn Depo.*") |
| Exhibit 13: | July 20, 2009 Unsworn Statement of Daniel Myers (*"Myers Statement"*) |
| Exhibit 14: | State of Florida Department of Business and Professional Regulation Quarterly Report Form (Quarter Ending March 31, 2006) (Ex. 59 to *10/14/10 Amar Depo.*) |
| Exhibit 15: | Steven L. Yoakum, CPA's August 2, 2010 "*Evaluation and Analysis of Berman Trust Transactions*" (*"Yoakum Analysis"*) |
| Exhibit 16: | October 28, 2004 Written Action of the Directors of Mirabilis Ventures, Inc. ("*10/28/04 Written Action of Board*") |
| Exhibit 17: | Minutes of the Annual Meeting of the Shareholders of Mirabilis Ventures, Inc., dated January 25, 2006 ("*2006 Shareholders' Meeting*") |
| Exhibit 18: | Bylaws of Mirabilis Ventures, Inc. ("*Bylaws*") |
| Exhibit 19: | United States' Notice of Statement of Facts Which the United States Contends It Would Prove at Trial (D.E. #146 in Case No. 6:08-cr-231-JA-KRS) |
| Exhibit 20: | April 21, 2010 Deposition of R.W. Cuthill ("*Cuthill Depo.*") |
| Exhibit 21: | Motion for Approval of Compromise of Controversy by and between Debtors and the United States of America (D.E. #101 in Case No. 6:08-bk-04327-KSJ) ("*Motion to Approve Settlement*") |
| Exhibit 22: | Forfeiture Money Judgment (Doc. 153 in Case No. 6:08-cr-231-Orl-28KRS) |
| Exhibit 23: | Order granting summary judgment for the defendants in *Mirabilis Ventures Inc. v. Palaxar Group, LLC* (D.E. #285 in Case No. 6:07-cv-1788-ORL-28KRS) ("*Palaxar Order*") |
| Exhibit 24: | Order vacating *Palaxar Order* (D.E. #339 in Case No. 6:07-cv-1788-Orl-28KRS) |

-3-

Exhibit 25: Transcript of June 16, 2010 Hearing on Change of Plea (Case No. 6:08-cr-231-Orl-28KRS)

                                      **BROAD AND CASSEL**
                                      Attorneys for Mirabilis Ventures, Inc.
                                      390 North Orange Avenue, Suite 1400
                                      Orlando, Florida 32801
                                      Telephone: (407) 839-4200
                                      Facsimile: (407) 425-8377

                                      By: */s/ Todd K. Norman*
                                            Todd K. Norman, Esquire
                                            Florida Bar No. 0062154
                                            tnorman@broadandcassel.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via regular U.S. Mail this 17th day of December, 2010 to: D. David Keller, Esquire, Keller Landsberg, P.A., Broward Financial Centre, Suite 1400, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and Bradley M. Saxton, Esquire, Winderweedle, Haines, Ward & Woodman, P.A., Post Office Box 1391, Orlando, Florida 32802-1391.

                                      By: */s/ Todd K. Norman*
                                            Todd K. Norman, Esquire
                                            Florida Bar No. 0062154
                                            tnorman@broadandcassel.com