UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-bk-04327-KSJ
Adversary Proceeding No. 6:08-ap-223-KSJ
_____/

MIRABILIS VENTURES, INC.,

    Plaintiff,

v.                                  CASE NO. 6:09-cv-271-Orl-31DAB

RACHLIN COHEN HOLTZ, LLP, a Florida
limited liability partnership n/k/a RACHLIN, LLP;
LAURIE S. HOLTZ, an individual,

    Defendants.
_____/

## AFFIDAVIT OF R.W. CUTHILL, JR.

STATE OF FLORIDA

COUNTY OF ORANGE

    R.W. Cuthill Jr., after first being duly sworn, states under oath as follows:

    1.    My name is R. W. Cuthill, Jr. I am a forensic consultant and also have been appointed as a Bankruptcy Trustee, examiner, chief restructuring officer and other appointments in the Middle District of Florida. My offices are at 341 North Maitland Avenue, Suite 210, Maitland, FL 32751.

    2.    I am President of Mirabilis Ventures, Inc. ("Mirabilis"). I was employed as President on May 27, 2008. My job is to identify, recover and distribute the assets of Mirabilis during its

4817-4695-3992.1
43582/0004



Chapter 11 reorganization. Mirabilis filed Chapter 11 in the Middle District of Florida on May 27, 2008.

3. I am the custodian of records, herein identified, for Mirabilis and am familiar with corporate books, records and financial transactions of Mirabilis.

4. Attached as *Composite Exhibit "A"* hereto are the Minutes from Meetings of the Board of Directors of Mirabilis; Written Actions of the Board of Directors of Mirabilis; and Minutes from the Meetings of Shareholders of Mirabilis. I am the custodian of these records, they are maintained in the general course of Mirabilis' business, and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

5. Attached as *Exhibit "B"* hereto are the Articles of Incorporation of Mirabilis. I am the custodian of these records, they are maintained in the general course of Mirabilis' business, and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

6. Attached as *Exhibit "C"* hereto is the Shareholders' Agreement of Mirabilis. I am the custodian of these records, they are maintained in the general course of Mirabilis' business, and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

7. Attached hereto as *Exhibit "D"* hereto are the Bylaws of Mirabilis. I am the custodian of these records, they are maintained in the general course of Mirabilis' business, and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

8. Attached hereto as *Exhibit "E"* hereto is *Mirabilis Ventures, Inc. and Subsidiaries Consolidated Financial Statements and Independent Auditors' Report for the Years Ended*

*December 31, 2005 and 2004 ("2005 Auditors' Report")*. I am the custodian of these records, they are maintained in the general course of Mirabilis' business, and they indicate on their face that they were made by someone with personal knowledge of the matters reported therein.

9. Based upon the Minutes from Meetings of the Board of Directors of Mirabilis, Written Actions of the Board of Directors of Mirabilis, Minutes from the Meetings of Shareholders of Mirabilis, and the *2005 Auditors' Report*, Frank Amodeo was not an Officer or Director of Mirabilis. *See Composite Exhibit "A"; Exhibit D.*

10. Based upon Mirabilis's Minutes from Meetings of the Board of Directors of Mirabilis, Written Actions of the Board of Directors of Mirabilis, Minutes from the Meetings of Shareholders of Mirabilis, and *2005 Auditors' Report*, Frank Amodeo did not hold Class A common stock ("Black Shares") of Mirabilis. *See Composite Exhibit "A"; Exhibit D.* Black Shares were issued to Yaniv Amar only. *See Composite Exhibit "A"; Exhibit D.* Frank Amodeo was a preferred stockholder, and he had less than 1% of the total shares outstanding. *See Composite Exhibit "A"; Exhibit D.*

11. Based upon the Minutes from Meetings of the Board of Directors of Mirabilis, Written Actions of the Board of Directors of Mirabilis, Minutes from the Meetings of Shareholders of Mirabilis, *2005 Auditors' Report*, and other corporate records I have reviewed, Frank Amodeo was not an employee of Mirabilis. *See Composite Exhibit "A"; Exhibit D.*

3

12. Based on my review of the books and records of Mirabilis, I have determined the corporate ownership structure of Mirabilis and related entities as depicted on the chart attached hereto as *Exhibit "F."* Based on my review of the books and records of Mirabilis, Frank Amodeo owned Presidion Solutions, Inc. through Mr. Amodeo's company, Wellington Capital Corporation.

**FURTHER AFFIANT SAYS NAUGHT.**

DATED this 6TH day of December, 2010.

R.W. Cuthill Jr.,
President of Mirabilis Ventures, Inc.

STATE OF FLORIDA

COUNTY OF ORANGE

Sworn and subscribed before me this 6th day of Dec, 2010, by R.W. Cuthill, Jr. as President of Mirabilis, who is personally known to me or has produced _____ as identification.



Notary Signature
My Commission Expires: 11/15/2012

BRENDA KITCH
MY COMMISSION # DD824621
EXPIRES: November 15, 2012