# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

**MIRABILIS VENTURES, INC.**        **Bankruptcy Case No. 6:08-bk-4327-KSJ**
                                    **Adversary Case No. 6:08-ap-222-KSJ**

       **Debtor.**

_____/

**MIRABILIS VENTURES, INC.**

       **Plaintiff,**

**v.**                                              **Case No. 6:09-cv-175-Orl-31DAB**

**RICHARD E. BERMAN; BERMAN, KEAN
& RIGUERA, P.A.; JOSE RIGUERA; and
ELENA WILDERMUTH**

       **Defendants.**

_____/

### <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Debtor/Plaintiff, MIRABILIS VENTURES, INC., by and through its undersigned counsel, hereby files its Unopposed Motion for Extension of Time to Respond to *Defendants' Motion for Sanctions and Memorandum of Law in Support* (Doc. 103) and *Defendants' Motion for Sanctions Pursuant to 28 U.S.C. §1927 and the Court's Inherent Power and Memorandum of Law in Support* (Doc. 105) and states as follows:

1.     On January 7, 2011, Defendants Richard E. Berman, Berman Kean & Riguera, P.A., and Elena Wildermuth filed their *Defendants' Motion for Sanctions and Memorandum of Law in Support ("First Sanctions Motion").* On January 11, 2011, the Defendants filed their *Defendants' Motion for Sanctions Pursuant to 28 U.S.C. §1927 and the Court's Inherent Power and Memorandum of Law in Support ("Second Sanctions Motion").*

2.      Plaintiff's deadline to file a response to the *First Sanctions Motion* is January 21, 2011.  Plaintiff's deadline to file a response to the *Second Sanctions Motion* is January 25, 2011. The undersigned requests an extension to file a response to both Defendants' motions for sanctions.  The undersigned requests that its responses be served on or before January 31, 2011. The undersigned represents to the Court that the motion raises numerous issues which warrant this slightly expanded response time.  The Plaintiff represents that the granting of this motion would not affect any other deadlines in this matter.

3.      Plaintiff has contacted counsel for Defendants regarding this motion and has courteously authorized the undersigned to represent that the Defendants have no objection to this Motion.

## <u>CONCLUSION</u>

4.      Based upon the foregoing, we respectfully request an extension of time for serving a response in opposition to the *First Sanctions Motion* and the *Second Sanctions Motion* on or before January 31, 2011.

BROAD AND CASSEL
Counsel for Mirabilis
Ventures, Inc.
390 North Orange Avenue
Suite 1400
Orlando, Florida 32801
P.O. Box 4961
Orlando, Florida 32802
Phone:  (407) 839-4200
Fax: (407) 650-0927

*/s/ Todd K. Norman*

_____
Todd K. Norman
Florida Bar No. 62154
tnorman@broadandcassel.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of January, 2011, a true and correct copy of the foregoing Motion for Extension of Time has been furnished by the Court's electronic notification system, to D. David Keller, Esquire, Keller Landsberg PA, Broward Financial Centre, Suite 1400, 500 East Broward Boulevard, Fort Lauderdale, Florida  33394 and Bradley M. Saxton, Esquire, Winderweedle, Haines, Ward & Woodman, P.A., Post Office Box 1391, Orlando, Florida  32802-1391.

/s/TODD K. NORMAN
TODD K. NORMAN