UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: MIRABILIS VENTURES, INC.,     Bankruptcy Case No. 6:08-bk-4327-KSJ
                 Debtor                       Adv. Pro. No. 6:08-ap-222-KSJ
_____/

MIRABILIS VENTURES, INC.          Case No.: 6:09-cv-175-Orl-31DAB

         Plaintiff,
v.

RICHARD E. BERMAN, BERMAN, KEAN &
RIGUERA, P.A., ELENA WILDERMUTH,

         Defendants.
_____/

**DEFENDANT, ELENA WILDERMUTH'S, RESPONSE TO
MOTION TO DISMISS WITHOUT PREJUDICE**

Defendant, ELENA WILDERMUTH, by and through her undersigned counsel, hereby files this Response in Opposition to Plaintiff's Motion to Dismiss her as a party to this action Without Prejudice [D.E. 133], and states:

1. This is an action for professional negligence and breach of fiduciary duty against Elena Wildermuth.

2. Plaintiff has belatedly moved to dismiss Defendant, Elena Wildermuth, without prejudice from this action, long after being repeatedly asked to do so both informally and formally pursuant to a Motion for Sanctions served June 25, 2010.

3. Under Rule 41(a)(2), Fed. R. Civ. P., a voluntary dismissal without prejudice is not a matter of right. *Fisher v. Puerto Rico Marine Management, Inc.*, 940 F.2d 1502 (11th Cir. 1991). While it is within the sound discretion of the court, when exercising that discretion, the

court is bound to consider and protect the interests of the defendant, for whose benefit the Rule exists. *Id*.

4. For all the reasons set forth in the Motion for Sanctions served June 25, 2010 and filed with this Court on January 7, 2011 [D.E. 104]. Defendant, Elena Wildermuth, objects to Plaintiff's Motion to Dismiss her <u>Without</u> prejudice from this action, and requests instead that the Court enter an Order of Dismissal <u>With</u> Prejudice.

5. Defendant, Elena Wildermuth, further requests that any dismissal, either with or without prejudice, include the imposition of conditions designed to alleviate any prejudice to Defendant, including the considerable expense of discovery, experts and trial preparation incurred since the service of her Motion for Sanctions in this matter nearly a year ago. At a minimum, any dismissal should be with prejudice so as to leave no doubt about the final resolution of this matter in favor of Defendant, Elena Wildermuth.

WHEREFORE, Defendant, ELENA WILDERMUTH, respectfully requests that this Court enter an Order granting Plaintiff's Motion to Dismiss but doing so with prejudice rather than without prejudice as requested.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy of the foregoing has been furnished via Electronic Transmission on May 10, 2011 to: Roy S. Kobert, Esq. and Todd K. Norman, Broad and Cassel, Counsel for Plaintiff, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801, Telephone: (407) 839-4200; Facsimile: (407) 425-8377, Email: rkobert@broadandcassel.com and tnorman@broadandcassel.com; and Rhett Traband, Esq. and Mark F. Raymond, Esq., Broad and Cassel, Counsel for Plaintiff, One Biscayne Tower, 21st Floor, 2 South Biscayne Boulevard,

Miami, FL 33131, Telephone: (305) 373-9400; Facsimile: (305) 373-9443, Email:

rtraband@broadandcassel.com and mraymond@broadandcassel.com.

      *s/ D. David Keller*
      D. David Keller
      Fla. Bar No.: 288799
      Trial Counsel for Defendants
      Wendy J. Stein
      Fla. Bar No.: 389552
      KELLER LANDSBERG PA
      Broward Financial Centre, Suite 1400
      500 East Broward Boulevard
      Fort Lauderdale, FL 33394
      Telephone: (954) 761-3550
      Facsimile: (954) 525-2134
      Email: david.keller@kellerlandsberg.com

      and

      Bradley M. Saxton, Esq.
      Winderweedle, Haines, Ward &
      Woodman, P.A.
      Co-counsel for Defendants
      Post Office Box 1391
      Orlando, FL 32802-1391
      Telephone: (407) 423-4246
      Facsimile: (407) 423-7014
      Email: bsaxton@whww.com
      Fla. Bar No.: 855995